UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SUNLUST PICTURES, LLC,           :        Civil Action No. 3:12-cv-01404

            Plaintiff,           :
    v.

                        :

KEVIN NEVINS,                    **NOTICE OF VOLUNTARY DISMISSAL**
                        :        **WITHOUT PREJUDICE**

           Defendant.

                        :

                        :

      **NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice.

      In accordance with Federal Rule of Civil Procedure 41(a)(1), the Defendant in this case has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

                    Respectfully Submitted,

                    Sunlust Pictures, LLC,

**DATED: December 27, 2012**

                By:      /s/  Daniel G. Ruggiero

                    Daniel G. Ruggiero, Esq.
                    P.O. Box 291
                    Canton, MA 02021
                    Telephone: (339) 237-0343
                    Fax: (339) 707-2808
                    *Attorney for Plaintiff*